O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

#3
April 19 hearing vacated
JS-6

### CIVIL MINUTES - GENERAL

| Case No. | CV 10-1483 PSG (CWx) | Date | April 13, 2010 |
|---|---|---|---|
| Title | Vance Burnes *et al.* v. American Home Mortgage Servicing, Inc. | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Wendy K. Hernandez | Not Present | n/a |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiff(s):<br>Not Present | | Attorneys Present for Defendant(s):<br>Not Present |

**Proceedings:** **(In Chambers) Order Granting Defendant American Home Mortgage Servicing, Inc.'s Motion to Dismiss**

Before the Court is Defendant American Home Mortgage Servicing, Inc.'s motion to dismiss Plaintiff's complaint. The Court finds the matter appropriate for decision without oral argument. Fed. R. Civ. P. 78; L.R. 7-15. Having considered the moving papers, the Court GRANTS Defendant's motion.

On January 5, 2010, Plaintiffs Vance Burnes and Tammi Burnes ("Plaintiffs") filed this suit against Defendant American Home Mortgage Servicing, Inc. ("AHMSI"). The complaint asserts claims for, *inter alia*, violations of the federal Truth in Lending Act, the Home Ownership and Equity Protection Act, the Real Estate Settlement Procedures Act, and California Bus. & Prof. Code § 17200.

On March 5, 2010, Defendant AHMSI brought a motion to dismiss Plaintiffs' complaint ("Motion"), seeking to dismiss all claims against it without leave to amend. Under Local Rule 7-9, Plaintiffs were required to file and serve an opposition to the Motion by March 29, 2010. Plaintiffs did not file an opposition by that date. Pursuant to Local Rule 7-12, the Court deems Plaintiffs' failure to file a timely opposition to be consent to the granting of the Motion. *See* L.R. 7-12. The Court therefore grants the Motion.

For the foregoing reasons, the Court GRANTS Defendant AHMSI's motion to dismiss Plaintiff's complaint. Accordingly, the Court dismisses with prejudice all claims against Defendant AHMSI.

**IT IS SO ORDERED.**